IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AUGUSTUS,<br>Plaintiff,<br>v.<br>JACOB DUNCAN,<br>Defendant. | CASE NO. 2:26-cv-00212-JAM-ICD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by the Court. This action came before the Court. The issues have been tried, heard or decided by the judge as follows**

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/07/2026**.

ENTERED: **September 24, 2026**

/s/ Keith Holland
Keith Holland
Clerk of Court